IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RACQUEL LYNN HAMILTON,

Defendant.

**4:19CR3091**

**ORDER**

IT IS ORDERED:

1)      Defendant's motion to review the conditions of supervised release, (Filing No. 78), is granted.

2)      Defendant shall comply with all terms and conditions of supervised release except as follows:

> Defendant shall be released to reside at The Bridge, Hastings, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)      Defendant shall arrive at The Bridge, Hastings, Nebraska by 1:00 p.m. on February 13, 2026. The Marshal shall release Defendant on February 13, 2026 at 11:00 a.m. for timely transport to the facility. Defense counsel will notify the Marshal once transportation arrangements have been made.

Dated this 10th day of February, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge